IN THE MATTER OF WILLIAM G. POSEY.
(SUPREME COURT DISCIPLINARY No. 828)
(402 SE2d 736)

PER CURIAM.
On October 22, 1990, a formal complaint was filed against respondent, and he thereafter moved for a jury trial as a matter of right pursuant to former State Bar of Georgia Rule 4-214. The State Disciplinary Board opposed the motion, contending respondent must follow the discretionary procedure pursuant to current Bar Rule 4-214, effective January 1, 1991.

We hold that where, as in this case, the formal complaint was filed before the effective date of current Rule 4-214, the respondent is entitled to move for a jury trial under former Rule 4-214. The current rule applies where the formal complaint has been filed on or after January 1, 1991.

*Motion for jury trial granted. All the Justices concur.*

DECIDED APRIL 11, 1991.

*William P. Smith III, General Counsel State Bar, E. Duane Cooper, Assistant General Counsel State Bar,* for State Bar of Georgia.

*Timothy W. Wolfe,* for Posey.